SADIE ARNOLD V. RUDOLPH WURLITZER CO.

PROBABLE EARNINGS OF MUSICAL INSTRUMENTS REPLEVINED TO FIX DAMAGES FOR UNLAWFUL RETENTION.

On replevin, evidence of the probable earnings of certain musical instruments for the period retained is admissible to fix damages for the wrongful retention thereof.

ERROR to Hamilton common pleas court.

The jury on the trial below fixed the damages for the wrongful retention in replevin of one piano and one harp at $150. It was claimed that the testimony, offered by the plaintiff below, Wurlitzer Company, as to the probable earnings of these instruments during the period of wrongful detention, was improperly admitted.

M. C. Lykins, for plaintiff in error.

W. S. Little, for defendant in error.

SMITH, J.

We do not think the evidence objected to by the plaintiff in error was erroneously admitted on the question of damages, and the judgment of the court below will be affirmed.

**Giffen** and **Swing, JJ.,** concur.